FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 27 A 10 20

J. LaVictoire
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| PAUL AMMONS ) | CIVIL ACTION NO.: CV590-251 |
| GEORGE CRYDER, ESTATE ) | CV590-253 |
| JOHN LEON GRAY, SR. ) | CV590-254 |
| DEVON KIMBRELL ) | CV590-255 |
| KENNETH WILLIAMS ) | CV590-256 |
| RONNIE HILTON ) | CV590-260 |
| ARCHIE CREWS ) | CV590-268 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CSX TRANSPORTATION, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

Defendant has filed an Omnibus Motion in Limine. (<u>Ammons</u>, Doc. 89.) Defendant seeks to exclude evidence of the family circumstances of the plaintiffs, references to other employees' injuries, and the fact that Plaintiffs were covered by the workers' compensation statutes. Additionally, Defendants seeks to exclude references to the relative wealth of Defendant, punitive comments, lost wages and earning capacities of the Plaintiffs, character evidence, reference to Plaintiffs by their first names or nicknames, that Defendant had no duty to monitor the health of its employees, references to other toxic

substances, and evidence demonstrative of the work practice evidence. Plaintiffs have filed no response to the motion indicating no opposition thereto. See Local Rule 7.5. Accordingly, Defendant's unopposed motion is **GRANTED**.

**SO ORDERED**, this 27th day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)